UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>ALPHA SHIELD, LTD., a New York corporation,<br><br>            Defendant. | CASE NO. CV08-05089 SVW (AGRx)<br><br>[Assigned for All Purposes To The Hon. Stephen V. Wilson]<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>JS - 6 |

   Defendant, Alpha Shield, Ltd. ("Defendant"), having had a default entered against it on Plaintiff, Life Alert Emergency Response, Inc.'s ("Plaintiff") Complaint in this action on January 8, 2009, and Plaintiff having complied with Federal Rule of Civil Procedure 55 and the applicable Local Rules to the satisfaction of the Court;

   **IT IS ORDERED, ADJUDGED AND DECREED THAT:**

   1.   Defendant, and its officers including Igor Shlayan, agents, servants, representatives, employees, attorneys, and any

person or entity acting on behalf of, through, or in concert or participation with Defendant, or any person, parent, subsidiary, or affiliated entity of Defendant (collectively the "Enjoined Parties"), are hereby permanently, restrained, enjoined and prohibited, directly or indirectly, by any means, method or device whatsoever, from using the trademark "Life Alert", or any colorable imitation thereof, and/or any other name or mark likely to cause confusion, mistake, or deception with the above trademark in connection with the sale, offering for sale, distribution, manufacturing, advertising, or promotion of goods and/or services by an Enjoined Party or purchasing or bidding on it as a "keyword" on internet search engines or using it in connection with any website, whether in visible text of the website or in metatags and/or in connection with any Internet domain name.

    2.    Plaintiff has established exceptional circumstances and is awarded attorneys' fees against Defendant in the amount of $4,050.00 pursuant to Lanham Act Section 35, 15 U.S.C. §1117.

    3.    Plaintiff is awarded its costs against Defendant in the amount of $550.00.

    4.    The Court shall retain jurisdiction of this matter for purposes of enforcement, performance and modification of this Permanent Injunction.

    5.    No bond shall be required to secure this Judgment.

Dated: December 17, 2009 _____
STEPHEN V. WILSON
JUDGE OF THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA